# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-61643-BLOOM/Valle

ASHLEY MAYFAIRE and MORGAN MAYFAIRE,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.                              /

## ORDER

**THIS CAUSE** is before the Court upon Defendant United States of America's (Defendant") Motion to Modify Order Rescheduling Mediation and to Permit Agency Counsel to Appear by Telephone, ECF No. [40], (the "Motion"), filed on April 17, 2019. The Court has carefully reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is granted.

Defendant requests that the Court allow counsel for the United States Postal Service to participate at mediation telephonically while the Assistant United States Attorney assigned to this case appears in person. According to the Motion, Department of Justice regulations prohibit a United States Attorney from exercising settlement authority if the agency – in this case, the United States Postal Service – is opposed to the settlement. Defendant argues that it is not feasible for counsel for the Postal Service to travel from St. Louis, Missouri to participate in person at the mediation of every Postal Service tort case. Plaintiff opposes Defendant's request to appear telephonically at the mediation. Plaintiff argues that counsel for the United States Postal Service is the ultimate decision maker with respect to settlements.

Case No. 18-cv-61643-BLOOM/Valle

Southern District of Florida Local Rule 16.2(e) allows the Court to excuse in-person attendance at a mediation. As recognized by the Fifth Circuit Court of Appeals, the government is in a special category of defendant because of its need for centralized decision-making and because it is a party to a far greater number of cases on a nationwide basis than even the most litigious private entity. *In re Stone*, 986 F.2d 898, 904 (5th Cir. 1993). For those same reasons, the Court finds that it is appropriate to permit counsel for the United States Postal Service to appear telephonically at mediation.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [40]**, is **GRANTED**. Counsel for the United States Postal Service shall be permitted to appear telephonically at the mediation in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 24, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record